DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DOMINGO RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0660

_____

April 8, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Victor L. Zamora Jr., of Viza Law, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.